IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  LATANYA BRYANT           )
                                 )    CASE NO.: 17-21276
                                 )    CHAPTER 13
          DEBTOR(S)              )

## ORDER APPROVING FEE APPLICATION OF ATTORNEY FOR DEBTOR(S)

Notice having been given to the Trustee, U.S. Trustee, the Debtor(s), and all Creditors of the Application for Payment of Attorney's Fees filed by the Attorney for the Chapter 13 Debtor(s) on February 26, 2018 ("Application"), and no timely Objections thereto or requests for hearing having been filed within the time required by said Notice and the Court having examined the foregoing and being duly advised in the premises, it is therefore

**ORDERED**, that said Application should be and is hereby approved in the sum of $4,076.50 in Attorney's fees for services rendered, and for reimbursement of expenses in the sum of $0.00 as actual, necessary, and reasonable administrative expenses of the Debtor's estate. And it is further

**ORDERED**, that said fees and expenses shall be paid only by disbursements by the Chapter 13 Trustee out of future Plan payments made by the Debtor(s) to the Trustee in an amount not to exceed $100.00 per month. Said fees and expenses as allowed by this Order shall be paid by the Trustee in his discretion either prior to or at the same time of any Plan payments to creditors whose allowed claims are provided for by the Plan. See §1326(b)(1). And it is further

**ORDERED**, that in the event there is a prior Order that has been entered awarding Attorney's fees and expenses to the Attorney for the Debtor(s), the Chapter 13 Trustee shall not disburse any Plan payments to the attorney for the Debtor(s) pursuant to this Order, until after any such prior Order is paid in full.

**SO ORDERED.**

Dated: _____

_____
JUDGE, U.S. BANKRUPTCY COURT